NUMBER
13-10-00052-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

MICAH
SPANUTIUS,                                                                     Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 347th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                MEMORANDUM
OPINION

 

     Before
Chief Justice Valdez and Justices Garza and Benavides 

                               Memorandum
Opinion Per Curiam

 








Appellant,
Micah Spanutius, by and through his attorney, has filed a motion to withdraw
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

30th day of December, 2010.